UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS

HEY CUPCAKE!, INC.,
    *Plaintiff,*

-vs-

THE CUPCAKE CAMPER, LLC, and
MATTHEW BRERETON
    *Defendant.*

Civil Action No.
1:10-cv-00101-LY

## STIPULATION FOR DISMISSAL

Plaintiff Hey Cupcake!, Inc. and Defendants The Cupcake Camper, LLC and Matthew Brereton, by and through their attorneys stipulate to dismiss this entire action with prejudice. Each party shall bear its own costs, expenses, and attorneys' fees incurred in connection with this action.

Date: March 22, 2010

SUTTON KLEINMAN PLLC

By: /s/ Robert B. Kleinman
Robert B. Kleinman
Texas Bar No. 24055786
710 W. 14TH Street, Suite A
Austin, Texas 78701
Tel: (512) 276-5040
Fax: (512) 355-4155
Email: rkleinman@suttonkleinman.com

*Attorneys for Plaintiff Hey Cupcake!, Inc.*

Date: March 22, 2010

WOODARD, EMHARDT, MORIARTY,
McNETT & HENRY LLP

By: s/Kurt N. Jones (with permission)
Kurt N. Jones (*pro hac vice*)
111 Monument Circle, Suite 3700

1

Indianapolis, Indiana 46204-5137
Tel: (317) 634-3456
Fax: (317) 637-7561
Email: kjones@uspatent.com

***Attorneys for Defendants The Cupcake Camper, LLC and Matthew Brereton***

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| HEY CUPCAKE!, INC.,<br>   *Plaintiff,*<br>-vs-<br>THE CUPCAKE CAMPER, LLC, and<br>MATTHEW BRERETON<br>   *Defendant.* | Civil Action No.<br>1:10-cv-00101-LY |

### [PROPOSED] ORDER

The Court having read and considered a Stipulation for Dismissal dated as of March 22, 2010, and filed by the parties to this Action:

IT IS HEREBY ORDERED as follows:

1. This entire Action, including without limitation, all claims and counterclaims asserted in this Action by any party hereto against any other party hereto, is hereby dismissed with prejudice.

2. Each party shall bear its own costs and attorney's fees incurred in connection with this Action.

SO ORDERED this ____ day of _____, 2010.

_____
Hon. Lee Yeakel
District Court Judge
United States District Court